UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CERTIFIED COLLECTIBLES
GROUP, LLC, et al.,

    Plaintiffs,

v.                                                    CASE NO. 8:19-cv-1962-SDM-AEP

GLOBANT, LLC, et al.,

    Defendants.
_____/

## ORDER

The parties announce (Doc. 125) a settlement of this action. Under Local Rule 3.09(b), this action is **DISMISSED** subject to the right of any party within sixty days (1) to submit a stipulated form of final order or judgment or (2) to move to vacate the dismissal for good cause. The clerk is directed to terminate any pending motion and to close the case.

ORDERED in Tampa, Florida, on August 2, 2021.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE